[No. 7353–6–II.   Division Two.   September 25, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER
E. MCFARLANE, *Appellant*.

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 83–1–00067–2, John H. Kirkwood, J.,
entered October 31, 1983. *Affirmed* by unpublished opinion
per Petrie, J. Pro Tem., concurred in by Worswick, C.J.,
and Reed, J.

[No. 7272–6–II.   Division Two.   September 25, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. HARRY
JAMES SIMMONS, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Pacific
County, No. C–2564, Herbert E. Wieland, J., entered
August 26, 1983. *Affirmed* by unpublished opinion per
Petrie, J. Pro Tem., concurred in by Worswick, C.J., and
Reed, J.

[No. 7170–3–II.   Division Two.   September 25, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. JEROLD
THOMAS DELIA, *Appellant*.

Appeal from a judgment of the Superior Court for
Cowlitz County, No. 82–1–00196–9, Don L. McCulloch, J.,
entered June 24, 1983. *Affirmed* by unpublished opinion
per Petrie, J. Pro Tem., concurred in by Worswick, C.J.,
and Reed, J.